IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRUCE R. NELSON,

Plaintiff,

v.

AMERICAN HOME MORTGAGE
SERVICING, INC. (aka AHMSI)(now
known as Homeward Residential, Inc.);
OPTION ONE MORTGAGE COMPANY;
and HSBC BANK USA,

Defendants

3:13-CV-00306-BR

JUDGMENT
OF DISMISSAL

Based upon the Court's Opinion and Order (#38) granting the Motion to Dismiss (#5) of American Home Mortgage Servicing, Inc., now known as Homeward Residential, Inc., this matter is **DISMISSED with prejudice** as to Homeward Residential Inc.

IT IS ORDERED that Plaintiff's claims against Option One Mortgage Company and HSBC Bank USA are **DISMISSED without prejudice** for lack of prosecution.

Dated this 24th day of July, 2013.

_____
ANNA J. BROWN